# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENA E. STARKS, | Case No. 2:13-cv-00188 -APG-CWH |
| Plaintiff, | **Order Approving Findings and Recommendation** |
| v. | |
| BERT BARBER, *et al*, | |
| Defendants. | |

On March 25, 2013, Magistrate Judge Carl W. Hoffman entered his Order and Findings and Recommendation [Dkt #19]. Judge Hoffman recommended that Plaintiff's Second and Third Motion/Application to Proceed *in forma pauperis* [Doc. ## 3 & 4) be denied. Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. No objection to the March 25, 2013 Findings and Recommendation has been filed. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Findings and Recommendation dated March 25, 2013 are adopted and approved, and Plaintiff's Second and Third Motion/Application to Proceed *in forma pauperis* [Dkt #s 3 & 4) are hereby DENIED. Plaintiff is required to pay the filing fees of $350.00 within 30 days from

/ / / /

/ / / /

the date of entry of this Order.  Failure to comply with this deadline will result in the Court dismissing this action.

Dated:  May 13, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE